1
2
3
4
5
6
7
8
9
10
11

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| MATTHEW McKINLEY, as an individual, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO., a Texas corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-02939- AB (JPRx)<br><br>Judge:      Hon. André Birotte, Jr.<br>Courtroom:  4<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>Complaint Filed:  February 18, 2015 |
|---|---|

///

///

///

///

1     This action came on for hearing before the Court, the Honorable André Birotte, Jr., presiding, on the motion of Defendant Southwest Airlines Co. ("Defendant") to dismiss Plaintiff Matthew McKinley's ("Plaintiff") First Amended Complaint under Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

    The arguments and evidence presented having been fully considered, the issues having been heard and a decision having been rendered granting the motion (*see* Docket Entry No. 28), IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff take nothing, that judgment on the merits is hereby entered in favor of Defendant and against Plaintiff, and that Plaintiff's First Amended Complaint is dismissed with prejudice for the reasons set forth in the Court's May 19, 2015 Order Granting Defendant's Motion to Dismiss With Prejudice (*see id.*).

Dated: June 1, 2015
_____

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE